IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

QCX d/b/a Polymarket US

Plaintiff

vs.

James, et al.

Defendant

Case Number

1:26-cv-08345

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

People of the State of New York, by Letitia James, Attorney General of the State of New York

Plaintiff

vs.

QCX LLC d/b/a Polymarket US

Defendant

Case Number

1:26-cv-08338 (RA)

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Polymarket US removed the action filed by New York Attorney General James in the New York State Supreme Court. The action was filed in and removed from state court on September 24, 2026.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Polymarket US is a contract market registered with the Commodity Futures Trading Commission and subject to the Commodity Exchange Act, 7 U.S.C. §§ 1 et seq. Both cases involve the same parties, the same category of contracts, and the same central question: whether Polymarket US is liable under New York state gambling laws for its federally regulated contracts.

The prior action was commenced by the State of New York and subsequently removed to this Court. In that case, the State contends that Polymarket US's operation of its exchange, and its listing of sports-event contracts for trading by New York residents, runs afoul of New York's gaming laws.

Here, Polymarket US seeks an injunction barring the State of New York from enforcing these gaming laws, any rules adopted thereunder, and any other New York law that is used in a manner to effectively regulate Polymarket US's CFTC-Designated Contract Market. Polymarket US also seeks a declaratory judgment that these state provisions are preempted as applied to Polymarket US.

Signature: /s/ Orin Snyder Date: 9/28/2026

Firm: Gibson Dunn & Crutcher LLP