UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QCX LLC d/b/a POLYMARKET US,

Plaintiff,

v.

LETITIA JAMES, in her official capacity as Attorney General of New York; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; JOHN A. CROTTY, in his official capacity as Commissioner of the New York State Gaming Commission; SYLVIA B. HAMER, in her official capacity as Commissioner of the New York State Gaming Commission; MARTIN J. MACK, in his official capacity as Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission; MARISSA SHORENSTEIN, in her official capacity as Commissioner of the New York State Gaming Commission; JERRY SKURNIK, in his official capacity as Commissioner of the New York State Gaming Commission; and ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission,

Defendants.

26-CV-8345 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the parties' joint letter, Dkt. 28, in response to the Court's September 30 Order, Dkt. 26. The Court is informed that Plaintiff anticipates moving for a preliminary injunction. The parties shall confer and propose a briefing schedule for Plaintiff's anticipated motion. Unless the parties request otherwise, no initial status conference shall be scheduled pending resolution of such motion.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Ronnie Abrams
United States District Judge