**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QCX LLC d/b/a Polymarket US,<br>*Plaintiff*,<br>vs.<br>LETITIA JAMES, in her official capacity as Attorney General of New York; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; JOHN A. CROTTY, in his official capacity as Commissioner of the New York State Gaming Commission; SYLVIA B. HAMER, in her official capacity as Commissioner of the New York State Gaming Commission; MARTIN J. MACK, in his official capacity as Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission; MARISSA SHORENSTEIN, in her official capacity as Commissioner of the New York State Gaming Commission; JERRY SKURNIK, in his official capacity as Commissioner of the New York State Gaming Commission; and ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission,<br>*Defendant*s. | Hon. Ronnie Abrams<br><br>Case No.: 1:26-cv-8345 (RA) [rel. 1:26-cv-8338 (RA)] |

**NOTICE OF PLAINTIFF POLYMARKET US'S MOTION FOR**
**<u>PRELIMINARY INJUNCTION</u>**

Plaintiff QCX LLC d/b/a Polymarket US moves the Court for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendants from enforcing New York's civil and criminal gaming, gambling, and wagering laws or any other state law or regulation to the extent it purports to regulate or prohibit Plaintiff's activities governed exclusively by federal law or otherwise conflicts with federal law. Polymarket US

seeks expedited handling of this motion because of ongoing irreparable harm to Plaintiff.

This motion is based on the accompanying Memorandum of Law, the declarations and exhibits submitted in support, and any other written or legal argument that may be presented to the Court.

Plaintiff respectfully requests that this Court enter an order granting its preliminary injunction motion and awarding such other and further relief as the Court deems appropriate.

Dated: October 12, 2026

Respectfully submitted,

*/s/ Orin Snyder*

GIBSON DUNN & CRUTCHER LLP

Orin Snyder
Matt Benjamin
Rachel Jackson (application pending)
Amanda LeSavage
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
osnyder@gibsondunn.com
mbenjamin@gibsondunn.com
rjackson@gibsondunn.com
alesavage@gibsondunn.com

Thomas H. Dupree, Jr.*
Jacob T. Spencer*
Adam I. Steene
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
tdupree@gibsondunn.com
jspencer@gibsondunn.com
asteene@gibsondunn.com

**Pro hac vice applications pending*

*Attorneys for Plaintiff QCX LLC d/b/a Polymarket US*