GIBSON DUNN

Orin Snyder
Partner
T: +1 212.351.2400
osnyder@gibsondunn.com

October 12, 2026

VIA ECF

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2203
New York, NY 10007

Re: *QCX LLC d/b/a Polymarket US v. James, et al.*, No. 26-cv-8345 (RA) [rel. 26-cv-8338 (RA)]

Dear Judge Abrams:

We represent Plaintiff QCX LLC d/b/a Polymarket US in the above-referenced matter. Pursuant to Rule 4.G of Your Honor's Individual Rules & Practices in Civil Cases, we write to respectfully request oral argument on Plaintiff's Motion for a Preliminary Injunction, filed on October 12, 2026.

Respectfully submitted,

GIBSON DUNN & CRUTCHER LLP

*/s/ Orin Snyder*

Orin Snyder